IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Aalok Sikand - #248165

No. C 14-80168 WHA

**ORDER OF SUSPENSION**

Because Aalok Sikand has failed to respond to the order to show cause, Mr. Sikand's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE